535 U.S. 943
 MACARENA-ROBLES
v.
UNITED STATES;
ALVAREZ-LUNZ
v.
UNITED STATES;
BRIONES-MACIAS
v.
UNITED STATES;
CAMPOS-SEGURA
v.
UNITED STATES;
DIAZ-ANGELES
v.
UNITED STATES;
LOPEZ-ACOSTA
v.
UNITED STATES;
LOPEZ-GONZALEZ
v.
UNITED STATES;
MEDINA-MENDOZA, AKA MENDOZA
v.
UNITED STATES;
RAMOS-LOPEZ
v.
UNITED STATES;
RODRIGUEZ-BURGARA
v.
UNITED STATES; and
SUAZO-VALDOVINOS
v.
UNITED STATES.
 No. 01-8189.
 Supreme Court of the United States.
 March 18, 2002.
 
 1
 C. A. 9th Cir. Certiorari denied.